cc: Bankruptcy Court

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: <br> RAUL GONZALEZ, <br> Debtor. | Case No. EDCV 12-00110 R <br> BK Case No. 6:11-bk-15665-MW <br> Chapter 7 |
| RAUL GONZALEZ, <br> Appellant, <br> v. <br> QUALITY LOAN SERVICE CORPORATION, <br> Appellee. | **ORDER OF AFFIRMANCE** <br><br> JS-6 |

The Court held a final hearing on this bankruptcy appeal on June 11, 2012. Appellant Raul Gonzalez challenged the U.S. Bankruptcy Court's January 12, 2012 Order Granting in Part Motion for Relief from Stay filed by Quality Loan Service Corporation. After full consideration of the parties' briefs and the arguments of counsel, and for the reasons stated on the record at the hearing, the Court hereby AFFIRMS the Bankruptcy Court's order. The Court finds that the Bankruptcy Court did not abuse its discretion in granting the Motion for Relief from Stay.

IT IS SO ORDERED.

Dated: June 14, 2012

By: _____
Hon. Manuel L. Real
District Court Judge

McCARTHY & HOLTHUS, LLP <br> ATTORNEYS AT LAW <br> 1770 FOURTH AVENUE <br> SAN DIEGO, CALIFORNIA 92101 <br> TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811